IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                    No. CIV S-05-1762 DFL KJM P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                ORDER

_____/

        Petitioner has requested an extension of time to file and serve a response to respondent's March 13, 2006 motion to dismiss.

        In addition, petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's April 24, 2006 request for an extension of time is granted;

/////

1   2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to respondent's March 13, 2006 motion to dismiss; and

3. Petitioner's April 24, 2006 motion for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

DATED: May 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
stul1762.111+110