IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                    No. CIV S-05-1762 DFL KJM P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus under 28 U.S.C. § 2254. On March 13, 2006, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Petitioner is hereby directed to file either an opposition, or statement of non-opposition within thirty days of this order. If petitioner fails to do so, the court will recommend that this matter will be dismissed for failure to adhere to court orders under Federal Rule of Civil Procedure 41(b).

/////

/////

/////

/////

/////

1

1    IT IS HEREBY ORDERED that petitioner file a statement of non-opposition or
2 an opposition to respondent's motion to dismiss within thirty days.  Failure to respond will result
3 in a recommendation that the action be dismissed.
4 DATED: May 16, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

stul1762.46