IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,               No. CIV S-05-1762 DFL KJM P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.            ORDER

                                      /

        Petitioner has filed his second request for an extension of time to file and serve an opposition to respondent's March 13, 2006 motion to dismiss pursuant to the court's order of May 11, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's June 19, 2006 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's March 13, 2006 motion to dismiss. No further extensions of time will be granted.

DATED: June 23, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

/mp;stul1762.111sec