IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                      No. CIV S-05-1762 DFL KJM P

    vs.

ROSEANNE CAMPBELL, Warden,

    Respondent.                  ORDER

_____/

        Petitioner has filed his third motion for an extension of time to file and serve an opposition to respondent's March 13, 2006 motion to dismiss. Good cause appearing, the request will be granted.[1] No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's July 27, 2006 motion for an extension of time is granted; and

/////
/////
/////
/////

---

[1] The court assumes respondent has received notice, through petitioner's court filings at least, of petitioner's position that the copy of the motion to dismiss with which he was served did not include page 6; the court also assumes respondent is taking steps to ensure petitioner receives a copy of page 6.

2. Petitioner is granted thirty days from the date of this order in which to file and serve an opposition to respondent's March 13, 2006 motion to dismiss. No further extensions of time will be granted.

DATED: August 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp; stul1762.111sec(2)