IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                    No. CIV S-05-1762 DFL KJM P

    vs.

ROSEANNE CAMPBELL,

    Respondent.                 ORDER

_____/

       Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On September 7, 2006, petitioner submitted an opposition to respondent's motion to dismiss. The opposition is not signed. Rule 11(a) of the Federal Rules of Civil Procedure requires that pleadings shall be signed by the party. Moreover, if the court is to consider the factual claims in the opposition, it must be signed under the penalty of perjury.

       Accordingly, IT IS SO ORDERED that within thirty days of the date of this order, petitioner shall file a signed opposition to the motion to dismiss. Failure to comply may result in the imposition of sanctions, including dismissal of the action.

DATED: December 5, 2006.

_____
U.S. MAGISTRATE JUDGE

2 stul1762.ord

1