IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,               No. CIV S-05-1762 RRB KJM P

    vs.

ROSEANNE CAMPBELL,

    Respondent.            <u>ORDER</u>

_____/

        On March 27, 2007, the District Court adopted this court's findings and recommendations, recommending that respondent's motion to dismiss be denied.

        IT IS HEREBY ORDERED that within thirty days of the date of this order respondent file an answer to the petition for a writ of habeas corpus. Petitioner's traverse, if any, is due thirty days after the answer is filed.

DATED: June 20, 2007.

                                                  U.S. MAGISTRATE JUDGE

2/stul1762.ans

1