IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                   No. CIV S-05-1762 RRB KJM P

    vs.

ROSEANNE CAMPBELL,          ORDER AND

    Respondent.              ORDER TO SHOW CAUSE

/

On June 21, 2007, the court directed respondent to file an answer to the underlying petition for a writ of habeas corpus within thirty days of the date of the order. Respondent has not complied with the order or requested additional time in which to comply.

IT IS HEREBY ORDERED:

1. Respondent is directed to file an answer and the necessary state court record within thirty days of the date of this order. Petitioner's reply, if any, is due thirty days after the answer is filed; and

2. Within thirty days of the date of this order, respondent is directed to show cause why sanctions should not be imposed.

DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2/stul1762.osc

1