IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,                           No. CIV 05-1762 RRB KJM P

    vs.

ROSEANNE CAMPBELL,

    Respondent.                        <u>ORDER</u>

                                /

        On August 17, 2007, the court issued an order to show cause directing respondent to file an answer to the amended petition.  She has done so; the order to show cause is discharged.

        Petitioner has requested the appointment of counsel.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        Plaintiff has also requested an extension of time in which to file his traverse.  This request is well taken.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause issued August 17, 2007 is hereby discharged.

2. Petitioner's October 9, 2007 request for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage of the proceedings.

3. Petitioner's October 9, 2007 request for an extension of time is granted and petitioner is granted an additional thirty days from the date of this order in which to file his traverse.

DATED: October 12, 2007.

_____
U.S. MAGISTRATE JUDGE

2
stul1762.110+111