IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

    Petitioner,             No. CIV S-05-1762 JAM KJM P

   vs.

ROSANNE CAMPBELL,

    Respondent.          <u>ORDER</u>

_____/

      Petitioner has requested an extension of time to file objections to the January 23, 2009 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Petitioner's February 23, 2009 request for an extension of time (Docket No. 42) is granted; and

      2. Petitioner is granted sixty days from the date of this order in which to file objections to the January 23, 2009 findings and recommendations.

DATED: March 12, 2009.

U.S. MAGISTRATE JUDGE

/md
stul1762.111