IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES CONRAD STULL,

        Petitioner,               No. CIV S-05-1762 JAM KJM P

    vs.

ROSANNE CAMPBELL,

        Respondent.          ORDER

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

        However, petitioner has asked for a stay of the proceedings because he has been placed in medical isolation and is unable to complete his objections to the court's findings and recommendations at this time. It does appear that additional time is warranted.

        Accordingly, IT IS HEREBY ORDERED that:

        1 Petitioner's request for appointment of counsel (Docket No. 44) is denied; but

/////

2. Petitioner is given an additional six weeks, up to and including May 27, 2009, in which to file his objections to the findings and recommendations.

DATED: April 29, 2009.

_____
U.S. MAGISTRATE JUDGE

2/mp; stul1762.110